IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| DEUTSCHE NATIONAL BANK TRUST COMPANY | ) ) ) | |
| Plaintiff, | ) ) | 1:07cv683 (JCC) |
| v. | ) ) | |
| BABAK A. BATMANGHELIDJ, et al. | ) ) | |
| Defendants. | ) | |

**A M E N D E D    O R D E R**

In accord with the Amended Stipulation of the parties, which is hereby incorporated, it is hereby ORDERED that:

(1) The Order of February 26, 2008, is hereby AMENDED;

(2) The parties agreement to dismiss all claims and defenses pursuant to Fed. R. Civ. P. 41(a)(1) is hereby GRANTED, with the exceptions as noted in the Amended Stipulation;

(3) Plaintiff's Motion for Entry of Default against Defendants D. Brian Costello and Edward Hubacher, Trustees; Watkins Motor Lines, and All Persons Claiming an Ownership Interest Or Lien Upon the Property is GRANTED;

(4) Plaintiff's Motion for Entry of Default against Defendants Babak Batmanghelidj and Leily Batmanghelidj is WITHDRAWN without prejudice;

(5) The Clerk of the Court shall forward copies of this Order and the Amended Stipulation to all counsel of record.


March 4, 2008                              /s/
Alexandria, Virginia              James C. Cacheris
                          UNITED STATES DISTRICT COURT JUDGE